| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Robert R. LeClercq III** | Social Security number or ITIN | **xxx–xx–0677** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Lisa A. Janik–LeClercq** | Social Security number or ITIN | **xxx–xx–0583** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed for chapter | **7   5/7/19** |
| Case number: | **19–13174** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Robert R. LeClercq III | Lisa A. Janik–LeClercq |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2604 Blackhawk Road<br>Wilmette, IL 60091 | 2604 Blackhawk Road<br>Wilmette, IL 60091 |
| 4. | **Debtor's attorney**<br>Name and address | Ariel Weissberg<br>Weissberg & Associates, Ltd<br>401 S. LaSalle Street<br>Suite 403<br>Chicago, IL 60605 | Contact phone (312) 663–0004<br>Email:  ariel@weissberglaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Steven R Radtke<br>Chill, Chill & Radtke PC<br>79 W Monroe Street Suite 1305<br>Chicago, IL 60603 | Contact phone 312–346–1935<br>Email: sradtke@chillchillradtke.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                         page **1**

| 6. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division 219 S Dearborn 7th Floor Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. Contact phone 1–866–222–8029 Date: 5/8/19 |
|---|---|---|
| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 11, 2019 at 12:30 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. **Debtors must bring a picture ID and proof of their Social Security Number.** | Location: **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604** |
| 8. **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/12/19** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Northern District of Illinois

In re:  
Robert R. LeClercq, III  
Lisa A. Janik-LeClercq  
    Debtors

Case No. 19-13174-JPC  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: cpatterso     Page 1 of 2     Date Rcvd: May 08, 2019  
                       Form ID: 309A     Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2019.

```
db/jdb         +Robert R. LeClercq, III,   Lisa A. Janik-LeClercq,    2604 Blackhawk Road,
                 Wilmette, IL 60091-1204
27817540       +ACCESSALPHA,    2604 Blackhawk,    Wilmette, IL 60091-1204
27817544       +Anne Pierce,    c/o R. Timothy Novel, Esq.,    330 N. Wabash, Suite 1700,
                 Chicago, IL 60611-7765
27817548        BMO Harris, N.A.,    111 W. Monroe St.,    Chicago, IL 60603-4095
27817550       +Chase Card,    P.O. Box 15369,    Wilmington, DE 19850-5369
27817551       +Citicards CBNA,    P.O. Box 6217,    Sioux Falls, SD 57117-6217
27817552       +Direct TV,    P.O. Box 1300,    West Chicago, IL 60186-1300
27817556       +Mayo Clinic,    200 1st Street SW,    Rochester, MN 55905-0002
27817557       +Mr. Cooper,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
27817559       +North Shore University,    Health System,    Billing Dept., 23056 Network Place,
                 Chicago, IL 60673-1230
27817560       +Otolaryngology Group,    3633 W. Lake Ave., Ste 300,    Glenview, IL 60026-5803
27817561        Shell/Citibank CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty             E-mail/Text: ariel@weissberglaw.com May 09 2019 01:13:01      Ariel Weissberg,
                 Weissberg & Associates, Ltd,    401 S. LaSalle Street,    Suite 403,    Chicago, IL  60605
tr             +EDI: QSRRADTKE.COM May 09 2019 04:58:00      Steven R Radtke,   Chill, Chill & Radtke PC,
                 79 W Monroe Street Suite 1305,    Chicago, IL 60603-4925
27817541       +EDI: AMEREXPR.COM May 09 2019 04:58:00      American Express,    P.O. Box 981537,
                 El Paso, TX 79998-1537
27817542        EDI: AMEREXPR.COM May 09 2019 04:58:00      American Express Blue for Business,    Box 0001,
                 Los Angeles, CA 90096-8000
27817543        EDI: AMEREXPR.COM May 09 2019 04:58:00      American Express Platinum,    Box 0001,
                 Los Angeles, CA 90096-8000
27817545       +E-mail/Text: RBALTAZAR@ARMORSYS.COM May 09 2019 01:15:20      Armor Systems Co,    1700 Kiefer Dr,
                 Ste 1,   Zion, IL 60099-5105
27817546        EDI: BANKAMER.COM May 09 2019 04:58:00      Bank of America,    PO BOX 982238,
                 El Paso, TX 79998
27817547       +EDI: TSYS2.COM May 09 2019 04:58:00      Barclays Bank Delaware,    P.O. Box 8803,
                 Wilmington, DE 19899-8803
27817549        EDI: CAUT.COM May 09 2019 04:58:00      Chase Auto Finance,    PO Box 9001083,
                 Louisville, KY 40290-1083
27817553       +EDI: IIC9.COM May 09 2019 04:58:00      I.C. System, Inc.,    PO BOX 64378,
                 Saint Paul, MN 55164-0378
27817554       +E-mail/Text: rev.bankruptcy@illinois.gov May 09 2019 01:14:11
                 Illinois Department of Revenue,    100 W. Randolph Avenue,    Level 7-410,    Chicago, IL 60601
27817555        EDI: IRS.COM May 09 2019 04:58:00      Internal Revenue Service,    Kansas City, MO 64999-0002
27817558       +E-mail/Text: bnc@nordstrom.com May 09 2019 01:13:38      Nordstrom TD Bank USA,
                 13531 E. Caley Avenue,    Englewood, CO 80111-6505
                                                                                              TOTAL: 13
```

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                                       Signature:  /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**

```
District/off: 0752-1          User: cpatterso             Page 2 of 2               Date Rcvd: May 08, 2019
                              Form ID: 309A               Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2019 at the address(es) listed below:
          Ariel   Weissberg    on behalf of Debtor 2 Lisa A. Janik-LeClercq ariel@weissberglaw.com,
           Hava@weissberglaw.com;sarah@weissberglaw.com;anna@weissberglaw.com;rochelle@weissberglaw.com;Hann
           ah@weissberglaw.com
          Ariel   Weissberg    on behalf of Debtor 1 Robert R. LeClercq, III ariel@weissberglaw.com,
           Hava@weissberglaw.com;sarah@weissberglaw.com;anna@weissberglaw.com;rochelle@weissberglaw.com;Hann
           ah@weissberglaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Steven R Radtke    sradtke@chillchillradtke.com,   sradtke@ecf.axosfs.com
                                                                                                    TOTAL: 4